UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTHA THURMOND, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-4610 |
| | § | |
| CREDIT CONTROL, LLC, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Before the Court is Defendant Credit Control, LLC's letter requesting a pre-motion conference for leave to file a motion to dismiss. Dkt. 10. The Court finds that a pre-motion conference is not necessary and grants Credit Control leave to file its motion to dismiss by **Friday, February 14, 2020**. Response and reply deadlines will fall according to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas.

SIGNED this day 3rd day of February, 2020.

_____
George C. Hanks Jr.
United States District Judge